IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:17-CV-932

| | |
|---|---|
| KIMBERLY CASH, DANNY CASH, GRETTA ELLER, EMILY CASH, TESS STRYK, KATE JENKINS-SULLIVAN, LAURA ADAIR, ALLISON HEWITT, NINA TROY AND TARYN MCFADDEN, individually, and CAITLYN COUNCILMAN, SOMMER FANNEY, DARBY KOZAN, KATHERINE HOLT, MARIELLA COSCIA, and OLIVIA WINDER, individually and on behalf of all those similarly situated;<br><br>        Plaintiffs,<br><br>GUILFORD COLLEGE AND THOMAS PALOMBO, in his individual and official capacity,<br><br>        Defendants. | **JOINT MOTION FOR ENTRY OF PROPOSED CONSENT DECREE** |

The Parties to this action hereby jointly move for the entry of the Proposed Consent Decree attached hereto as Exhibit A. In support of this Motion the Parties state the following:

1. This case has been stayed since March 14, 2018, when the Court first entered an Order staying this action

for 90 days to allow the Parties to participate in mediation. [Dkt. 22.]

2. Since that time, mediation efforts and settlement discussions have been ongoing, with Jonathan R. Harkavy actively facilitating such discussions as the mediator. The Court received regular joint status updates from the Parties on the progress of mediated settlement negotiations. [Dkts. 26, 28, 30, 32, 34, 36, 37.]

3. The Court continued the stay to allow the Parties to continue their progress towards a mediated settlement. [Dkts. 27, 29, 31, 33, 35, 38.] Most recently, the Court entered an Order on April 16, 2019, extending the stay until April 30, 2019 so that the Parties could resolve remaining issues. [Dkt. 38.]

4. The Parties, with the assistance of Mr. Harkavy and the assistance of Mr. Tim O'Brien, a neutral referee with extensive experience in Title IX Athletics issues engaged by the Parties, have now agreed on a Proposed Consent Decree that resolves the remaining claims in this action. *See* Exhibit A.

5. The Parties request that the Court enter this agreed-upon Proposed Consent Decree and provide whatever

2

other guidance to the Parties that the Court may deem appropriate or necessary with respect to the Proposed Consent Decree or this action.

6. To the extent the Court has any questions regarding the Proposed Consent Decree or other matters, the Parties will make themselves available to the Court at the Court's convenience. Given that lead counsel for Plaintiffs is out-of-state and the Parties have continually been seeking to minimize the costs associated with this action, the Parties suggest that any conference or hearing with the Court could be sufficiently conducted by teleconference and that counsel for Defendants could arrange for such a teleconference if the Court so desires.

WHEREFORE, the Parties respectfully request that the Court enter the Proposed Consent Decree and provide whatever further instruction the Court deems appropriate.

Respectfully submitted this the 30th day of April 2019.

/s/ Felice M. Duffy
Felice M. Duffy
Duffy Law, LLC
129 Church Street, Suite 310
New Haven CT 06510
Tel.: (203) 946-2000
Fax: (203) 907-1383
Email: felice@duffylawct.com
Federal Bar No.: ct21379

Robert Ekstrand
NC Bar No. 26673
Ekstrand & Ekstrand LLP
110 Swift Avenue, Second Floor
Durham, NC 27705
Tel (919) 416-4590
Fax (919) 416-4591

*Attorneys for Plaintiffs*

/s/ Julie Theall Earp
Julie Theall Earp
N.C. State Bar No. 13732
jearp@foxrothschild.com
Alexander L. Maultsby
N.C. State Bar No. 18317
amaultsby@foxrothschild.com
Patrick M. Kane
N.C. State Bar No. 36861
pkane@foxrothschild.com

FOX ROTHSCHILD LLP
300 North Greene Street, Suite 1400
Greensboro, NC  27401
Telephone:  (336) 378-5331
Facsimile:  (336) 433-7460

*Attorneys for Defendants*

4

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all parties.

/s/ Patrick M. Kane_____
Patrick M. Kane
N.C. State Bar No. 36861

Case 1:17-cv-00932-WO-JLW    Document 39    Filed 04/30/19    Page 5 of 5