IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:17-CV-932

| | |
|---|---|
| KIMBERLY CASH, DANNY CASH, GRETTA ELLER, EMILY CASH, TESS STRYK, KATE JENKINS-SULLIVAN, LAURA ADAIR, ALLISON HEWITT, NINA TROY AND TARYN MCFADDEN, individually, and CAITLYN COUNCILMAN, SOMMER FANNEY, DARBY KOZAN, KATHERINE HOLT, MARIELLA COSCIA, and OLIVIA WINDER, individually and on behalf of all those similarly situated;<br><br>           Plaintiffs,<br><br>GUILFORD COLLEGE AND THOMAS PALOMBO, in his individual and official capacity,<br><br>           Defendants. | **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOW COME Plaintiffs and Defendants, by and through counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby stipulate that all claims in this civil action against Defendant Thomas Palombo, in both his official and individual capacities, are dismissed with prejudice. The Parties agree that, except as otherwise set out in the Consent

Decree entered in this Action, all costs and fees shall be taxed to the party incurring same.

Respectfully submitted this the 6th day of May 2019.

/s/ Felice M. Duffy
Felice M. Duffy
Duffy Law, LLC
129 Church Street, Suite 310
New Haven CT 06510
Tel.: (203) 946-2000
Fax: (203) 907-1383
Email: felice@duffylawct.com
Federal Bar No.: ct21379

Robert Ekstrand
NC Bar No. 26673
Ekstrand & Ekstrand LLP
110 Swift Avenue, Second Floor
Durham, NC 27705
Tel (919) 416-4590
Fax (919) 416-4591

*Attorneys for Plaintiffs*

/s/ Julie Theall Earp
Julie Theall Earp
N.C. State Bar No. 13732
jearp@foxrothschild.com
Alexander L. Maultsby
N.C. State Bar No. 18317
amaultsby@foxrothschild.com
Patrick M. Kane
N.C. State Bar No. 36861
pkane@foxrothschild.com

FOX ROTHSCHILD LLP
300 North Greene Street, Suite 1400
Greensboro, NC  27401
Telephone:  (336) 378-5331
Facsimile:  (336) 433-7460

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all parties.

/s/ Felice M. Duffy
Felice M. Duffy
Federal Bar No.: ct21379

4