IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:17cv932

| | |
|---|---|
| KIMBERLY CASH, DANNY CASH, GRETTA ELLER, EMILY CASH, TESS STRYK, KATE JENKINS-SULLIVAN, LAURA ADAIR, ALLISON HEWITT, NINA TROY and TARYN MCFADDEN, individually and CAITLYN COUNCILMAN, SOMMER FANNEY, DARBY KOZAN, KATHERINE HOLT, MARIELLA COSCIA, and OLIVIA WINDER, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GUILFORD COLLEGE AND THOMAS PALOMBO, in his individual capacity,<br><br>Defendants. | **JOINT STIPULATION OF TERMINATION OF CONSENT DECREE AND VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOW COME Plaintiffs and Defendant, Guilford College, by and through counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby stipulate that the Consent Decree entered in this matter has terminated by its own term of duration and the Parties are relieved of any further obligations under the Consent Decree. The Parties further stipulate that any remaining claims in this civil action against Defendant Guilford College are dismissed with prejudice, that no further Court involvement is necessary, and that this civil action may be closed. Each party to bear its own costs and fees.

This the 17th day of June 2024.

        s/ Felice M. Duffy
        Felice M. Duffy
        Duffy Law, LLC
        129 Church Street, Suite 310
        New Haven CT 06510
        Tel.: (203) 946-2000
        Fax: (203) 907-1383
        Email: felice@duffylawct.com
        Federal Bar No.: ct21379

        Robert Ekstrand
        NC Bar No. 26673
        Ekstrand & Ekstrand LLP
        110 Swift Avenue, Second Floor
        Durham, NC 27705
        Tel (919) 416-4590
        Fax (919) 416-4591

        *Attorneys for Plaintiffs*

        s/Patrick M. Kane
        Patrick M. Kane
        N.C. Bar No. 36861
        pkane@foxrothschild.com
        FOX ROTHSCHILD LLP
        230 N. Elm Street, Suite 1200
        PO Box 21927 (27420)
        Greensboro, NC 27401
        Telephone: 336.378.5200
        Facsimile: 336.378.5400

        *Attorney for Defendant Guilford College*